# Court of Appeals
# of the State of Georgia

ATLANTA, December 31, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0634. MICHAEL MAY d/b/a MR. TRANSMISSION v. DAVID BONE.**

This case originated as a dispossessory proceeding in the Municipal Court of Columbus, Muscogee County. On September 30, 2013, the municipal court entered judgment in favor of plaintiff David Bone in the amount of $1,022 and court costs. Defendant Mike May filed this direct appeal on October 8, 2013. We lack jurisdiction.

Although final judgments of the Municipal Court of Columbus, Muscogee County are directly appealable as if a judgment from a state or superior court, Ga. L. 1983, p. 4443, 33 (c), an appeal from a dispossessory judgment must be filed within seven days of the date the judgment was entered. See OCGA § 44-7-56; *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999). The timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Because May's notice of appeal was not timely filed, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 12/31/2013
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*